**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**


CEFRINO CAMPOS,

Plaintiff,

vs.                                        Case No.: 11-21877-CIV-Lenard/O'Sullivan

NATIONS RECOVERY CENTER
INCORPORATED,

Defendant.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE**

      Having amicably resolved all matters in controversy and pursuant to Federal Rule of

Civil Procedure 41(a)(1)(i), Plaintiff voluntary dismisses this action with prejudice.


Dated: June 28, 2011                    Respectfully submitted,


           /s Andrew I. Glenn_____
           Andrew I. Glenn
           E-mail:  AGlenn@cardandglenn.com
           Florida Bar No.:  577261
           J. Dennis Card, Jr.
           E-mail:DCard@cardandglenn.com
           Florida Bar No.  0487473
           Card & Glenn, P.A.
           2501 Hollywood Boulevard, Suite 100
           Hollywood, Florida 33020
           Telephone:  (954) 921-9994
           Facsimile:   (954) 921-9553
           Attorneys for Plaintiff